UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA

Plaintiff,

v.

KAGAN TATE,

Defendant.

Case No. MJ11-352

**DETENTION ORDER**

Offense charged:

Manufacturing Marijuana.

Date of Detention Hearing: August 1, 2011.

The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charged with a drug trafficking crime that carries a five year mandatory minimum term of prison. As such, a rebuttable presumption of detention applies. The Court

DETENTION ORDER - 1

finds defendant has failed to overcome the presumption of detention. Defendant has several prior criminal convictions including a felony conviction for marijuana drug possession or trafficking. The government proffered evidence that while defendant was on federal supervision in this district, he was able to evade compliance with conditions of supervision. He claimed he was living in Lynwood when he was really living in Bow with his co-defendant since December of 2009. The Bow residence was searched in this case and a marijuana grow operation was uncovered and a large amount of cash seized. The government also proffered evidence that while defendant was on supervision, he was selling marijuana, and using drug proceeds to purchase cars. The defendant's continued criminal activity and ability to evade supervision conditions make him a danger to the community.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 1st day of August, 2011.

BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 3